# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

AMBIANCE GR                                              **AFFIDAVIT**
2522 TAFT AVE SW                                        CASE # 1:23−cv−01335−JMB−SJB
GRAND RAPIDS, MI 49519-2264
                                    Plaintiff,

V

CITY OF GRAND RAPIDS
GRAND RAPIDS CITY MANAGER
& GRAND RAPIDS POLICE OFFICERS
1 MONROE CENTER NW
GRAND RAPIDS, MI 49503                                  Hon: Jane M. Beckering
                                    Defendants.
_____/
Law Offices of Tyrone Bynum PLLC
By: Tyrone Bynum (P82427)
Attorney for the Plaintiff
7125 Hearley Street
Suite #433
Ada, MI 49301
(616) 608-7409

_____/


**AFFIDAVIT**

STATE OF MICHIGAN                                                              )

KENT COUNTY                                                                    )




**Jonathan Jelks**, being sworn, says:

I am a witness and/or participant of and to the evidence provided, as a list of exhibits attached to
my affidavit. I swear to the accuracy and truthfulness, to the best of my ability and knowledge,
that each exhibit is truthful and an accurate record of events.

_____
Jonathan Jelks
Affiant

Signed and sworn to **before me in Kent County, Michigan,** on date  1/22/2024 .

_____
**Signature**

_____
**Notary public's name, as it appears on application for commission**
Notary public, State of Michigan, County of Kent.
My commission expires **date**  11/2/2025 .

PORTIA R. BYNUM
Notary Public, State of Michigan
County of Kent
My Commission Expires Nov. 02, 2025
Acting in the County of Kent

Portia R. Bynum

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

AMBIANCE GR                                          **AFFIDAVIT**
2522 TAFT AVE SW                                     CASE # 1:23-cv-01335-JMB-SJB
GRAND RAPIDS, MI 49519-2264
                                    Plaintiff,

V

CITY OF GRAND RAPIDS
GRAND RAPIDS CITY MANAGER
& GRAND RAPIDS POLICE OFFICERS
1 MONROE CENTER NW
GRAND RAPIDS, MI 49503                                      Hon: Jane M. Beckering
                                    Defendants.
_____/
Law Offices of Tyrone Bynum PLLC
By: Tyrone Bynum (P82427)
Attorney for the Plaintiff
7125 Hearley Street
Suite #433
Ada, MI 49301
(616) 608-7409
_____/


**AFFIDAVIT**

STATE OF MICHIGAN                                                                    )

KENT COUNTY                                                                          )



**Jamiel Robinson**, being sworn, says:

I am a witness and/or participant of and to the evidence provided, as a list of exhibits attached to
my affidavit. I swear to the accuracy and truthfulness, to the best of my ability and knowledge,
that each exhibit is truthful and an accurate record of events.

_____
Jamiel Robinson
Affiant

Signed and sworn to **before me in Kent County, Michigan,** on date _11/22/2024_ .

_____
**Signature**

_____
**Notary public's name, as it appears on application for commission**
Notary public, State of Michigan, County of Kent.
My commission expires **date** _11/2/2025_ .

Portia R. Bynum

PORTIA R. BYNUM
Notary Public, State of Michigan
County of Kent
My Commission Expires Nov. 02, 2025
Acting in the County of _Kent_

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

AMBIANCE GR                                           **AFFIDAVIT**
2522 TAFT AVE SW                                      CASE # 1:23–cv–01335–JMB–SJB
GRAND RAPIDS, MI 49519-2264

                                Plaintiff,

V

CITY OF GRAND RAPIDS
GRAND RAPIDS CITY MANAGER
& GRAND RAPIDS POLICE OFFICERS
1 MONROE CENTER NW
GRAND RAPIDS, MI 49503                                Hon: Jane M. Beckering
                                Defendants.
_____/
Law Offices of Tyrone Bynum PLLC
By: Tyrone Bynum (P82427)
Attorney for the Plaintiff
7125 Hearley Street
Suite #433
Ada, MI 49301
(616) 608-7409
_____/


**AFFIDAVIT**

STATE OF MICHIGAN                                                              )

KENT COUNTY                                                                    )



**Jamal Chilton**, being sworn, says:

I am a witness and/or participant of and to the evidence provided, as a list of exhibits attached to
my affidavit. I swear to the accuracy and truthfulness, to the best of my ability and knowledge,
that each exhibit is truthful and an accurate record of events.

Jamal Chilton
Affiant

Signed and sworn to **before me in Kent County, Michigan,** on date ___1/22/2024___.

**Signature**

**Notary public's name, as it appears on application for commission**
Notary public, State of Michigan, County of Kent.
My commission expires **date** ___11/2/2025___.

PORTIA R. BYNUM
Notary Public, State of Michigan
County of Kent
My Commission Expires Nov. 02, 2025
Acting in the County of _Kent_

Portia R. Bynum

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

AMBIANCE GR                                      **AFFIDAVIT**
2522 TAFT AVE SW                                 CASE # 1:23‑cv‑01335‑JMB‑SJB
GRAND RAPIDS, MI 49519-2264
                                    Plaintiff,

V

CITY OF GRAND RAPIDS
GRAND RAPIDS CITY MANAGER
& GRAND RAPIDS POLICE OFFICERS
1 MONROE CENTER NW
GRAND RAPIDS, MI 49503                                  Hon: Jane M. Beckering
                                    Defendants.
_____/
Law Offices of Tyrone Bynum PLLC
By: Tyrone Bynum (P82427)
Attorney for the Plaintiff
7125 Headley Street
Suite #433
Ada, MI 49301
(616) 608-7409
_____/

**AFFIDAVIT**

STATE OF MICHIGAN                                                      )

KENT COUNTY                                                            )

**Lacy Jones**, being sworn, says:

I am a witness and/or participant of and to the evidence provided, as a list of exhibits attached to
my affidavit. I swear to the accuracy and truthfulness, to the best of my ability and knowledge,
that each exhibit is truthful and an accurate record of events.

_Lacy Jones_
Lacy Jones
Affiant

Signed and sworn to **before me in Kent County, Michigan**, on date _1/29/24_ .

_Portia R Bynum_
**Signature**
_Portia R. Bynum_
**Notary public's name, as it appears on application for commission**
Notary public, State of Michigan, County of Kent.
My commission expires **date** _11/2/2025_ .

PORTIA R. BYNUM
Notary Public, State of Michigan
County of Kent
My Commission Expires Nov. 02, 2025
Acting in the County of _Kent_

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

AMBIANCE GR                                   **AFFIDAVIT**
2522 TAFT AVE SW                              CASE # 1:23–cv–01335–JMB–SJB
GRAND RAPIDS, MI 49519-2264

                              Plaintiff,

V

CITY OF GRAND RAPIDS
GRAND RAPIDS CITY MANAGER
& GRAND RAPIDS POLICE OFFICERS
1 MONROE CENTER NW
GRAND RAPIDS, MI 49503

                              Defendants.          Hon: Jane M. Beckering
_____/

Law Offices of Tyrone Bynum PLLC
By: Tyrone Bynum (P82427)
Attorney for the Plaintiff
7125 Hearley Street
Suite #433
Ada, MI 49301
(616) 608-7409
_____/


                         **AFFIDAVIT**

STATE OF MICHIGAN                                                    )

KENT COUNTY                                                          )




**Alvin Hills IV**, being sworn, says:

I am a witness and/or participant of and to the evidence provided, as a list of exhibits attached to
my affidavit. I swear to the accuracy and truthfulness, to the best of my ability and knowledge,
that each exhibit is truthful and an accurate record of events.

Alvin Hills IV
Affiant

Signed and sworn to **before me in Kent County, Michigan,** on date _January  24, 2024_

_____
**Signature**

_____
**Notary public's name, as it appears on application for commission**
Notary public, State of Michigan, County of Kent.
My commission expires **date** _11/2/2025_ .

PORTIA R. BYNUM
Notary Public, State of Michigan
County of Kent
My Commission Expires Nov. 02, 2025
Acting in the County of _Kent_

Portia R. Bynum