UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMBIANCE GR,

    Plaintiff,

v.

CITY OF GRAND RAPIDS, et al.,

    Defendants.
_____/

Case No. 1:23-cv-1335

HON. JANE M. BECKERING

## ORDER

Pending before the Court is a Motion to Dismiss filed by Defendants City of Grand Rapids and Grand Rapids Police Department (ECF No. 8).  On February 8, 2024, Plaintiff filed a First Amended Complaint (ECF No. 15).  Because the First Amended Complaint supersedes Plaintiff's earlier Complaint, *see In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), Defendants' pending motion is moot.  Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (ECF No. 8) is DISMISSED as moot.

Dated: February 12, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge