UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMBIANCE GR,

          Plaintiff,                          Case No. 1:23–cv–01335–JMB–SJB

          v.                             Hon. Jane M. Beckering

GRAND RAPIDS, CITY OF, et al.,

          Defendants.

_____/

## ORDER

       Pending before the Court is Plaintiff and Defendant City of Grand Rapids' Stipulation to Extend (ECF No. 20). The Court having reviewed the filing: IT IS HEREBY ORDERED that the Stipulation to Extend (ECF No. 20) is GRANTED to the extent that Defendant City of Grand Rapids shall, not later than February 29, 2024, file an answer or responsive pleading to Plaintiff's First Amended Complaint.

       IT IS SO ORDERED.

Dated:  February 20, 2024                  /s/ Jane M. Beckering
                                           JANE M. BECKERING
                                           United States District Judge