UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMBIANCE GR,

    Plaintiff,

v.

CITY OF GRAND RAPIDS, et al.,

    Defendants.
_____/

Case No. 1:23-cv-1335

HON. JANE M. BECKERING

## ORDER

This matter is before the Court on Plaintiff and Defendant City of Grand Rapids' Stipulation (ECF No. 22). The Court, having reviewed the filing, grants the Stipulation as follows:

**IT IS HEREBY ORDERED** that Plaintiff shall, not later than February 29, 2024, file a second amended complaint, if any.

**IT IS FURTHER ORDERED** that Defendant City of Grand Rapids shall, not later than March 21, 2024, file an answer or responsive pleading to the First Amended Complaint or Second Amended Complaint, as applicable.

**IT IS FURTHER ORDERED** that, consistent with FED. R. CIV. P. 4(m), Plaintiff shall, not later than March 19, 2024, complete service of process as to Defendant Grand Rapids Police Officers, and not later than May 8, 2024, complete service of process as to Defendant Grand Rapids City Manager, or by the same respective deadline execute a verified petition RE: Service of Process, advising the Court:

    A.    That the case should not be dismissed as to the unserved defendant(s);

    B.    That the failure to obtain service upon the defendant(s) is not due to the fault of the party or counsel seeking to avoid dismissal;

    C.    The reasons why the case against the unserved defendant(s) should not be dismissed, set forth in detail; and

  D.  That service will be effected on the defendant(s) within twenty-eight (28) days of the date of the petition.

By executing the petition RE: Service of Process, Plaintiff need not appear in support thereof until and/or unless so notified by the Court. If dismissal of the case as to Defendants Grand Rapids Police Officers and Grand Rapids City Manager is satisfactory to Plaintiff, no action is required. An Order of Dismissal shall be issued.

Dated: February 23, 2024           /s/ Jane M. Beckering
                       JANE M. BECKERING
                       United States District Judge