UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

| | |
|---|---|
| AMBIANCE GR,<br><br>    Plaintiff,<br><br>v<br><br>CITY OF GRAND RAPIDS, and<br>GRAND RAPIDS POLICE CHIEF,<br><br>    Defendants. | Civil Action No. 1:23-cv-1335<br><br>Hon. Jane M. Beckering |

| | |
|---|---|
| Tyrone Bynum (P82427)<br>*Attorney for Plaintiff*<br>Law Offices of Tyrone Bynum PLLC<br>7125 Hearley Street, Suite 433<br>Ada, MI 49301<br>Ph: (616) 608-7409<br>tyrone@lawofficesoftyronebynumpllc.com | Elizabeth J. Fossel (P41430)<br>Sarah J. Hartman (P71458)<br>Megan E. Luptowski (P84826)<br>*Attorneys for Defendants*<br>City of Grand Rapids Law Department<br>300 Monroe Ave. NW, Ste. 620<br>Grand Rapids, MI 49503<br>Ph: (616) 456-1318<br>efossel@grand-rapids.mi.us<br>shartman@grand-rapids.mi.us<br>mluptowski@grand-rapids.mi.us |

## **STIPULATION AND ORDER**

The parties, by and through their respective counsel, do hereby stipulate and agree:

1) That on February 29, 2024, Plaintiff filed its Second Amended Complaint. (ECF No. 24, PageID.270.)

2) That the Second Amended Complaint includes as a named party Defendant the "Grand Rapids Chief of Police." (*Id.*)

3) That the Grand Rapids "Chief of Police" should be dismissed as a named party Defendant, with prejudice, and without attorney's fees or costs to either party.

2

**IT IS SO STIPULATED AND AGREED:**

Dated: March 8, 2024                              By: /s/ *Tyrone Bynum*
                                                  Tyrone Bynum (P82427)
                                                  Attorney for Plaintiff

Dated: March 8, 2024                              By: /s/ *Sarah J. Hartman*
                                                  Sarah J. Hartman (P71458)
                                                  Attorney for City of Grand Rapids

**IT IS ORDERED:**

Dated: _____                     /s/_____
                                                  Hon. Jane M. Beckering
                                                  United States District Judge

2