UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

---

AMBIANCE GR,

    Plaintiff,

v

CITY OF GRAND RAPIDS,

    Defendant.

Civil Action No. 1:23-cv-1335

Hon. Jane M. Beckering

---

| Tyrone Bynum (P82427) | Elizabeth J. Fossel (P41430) |
|---|---|
| *Attorney for Plaintiff* | Sarah J. Hartman (P71458) |
| Law Offices of Tyrone Bynum PLLC | Megan E. Luptowski (P84826) |
| 7125 Hearley Street, Suite 433 | *Attorneys for City of Grand Rapids* |
| Ada, MI 49301 | City of Grand Rapids Law Department |
| Ph: (616) 608-7409 | 300 Monroe Ave. NW, Ste. 620 |
| tyrone@lawofficesoftyronebynumpllc.com | Grand Rapids, MI 49503 |
| | Ph: (616) 456-1318 |
| | efossel@grand-rapids.mi.us |
| | shartman@grand-rapids.mi.us |
| | mluptowski@grand-rapids.mi.us |

### **MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) BY THE CITY OF GRAND RAPIDS AND THE GRAND RAPIDS POLICE DEPARTMENT IN LIEU OF AN ANSWER TO THE COMPLAINT**

### ***ORAL ARGUMENT REQUESTED***

    THE CITY OF GRAND RAPIDS, by and through its counsel, hereby moves this Honorable Court for entry of an Order of Dismissal, pursuant to Federal Rule of Civil Procedure 12(b)(6), for the reasons set forth more fully in the brief in support of this motion.

                                        Respectfully submitted,

                                        THE CITY OF GRAND RAPIDS,

Dated: <u>March 21, 2024</u>                      By:  */s/ Elizabeth J. Fossel*
                                                              Elizabeth J. Fossel (P41430)
                                                              Director of Civil Litigation
                                                              City of Grand Rapids, Dept. of Law