UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

AMBIANCE GR,

    Plaintiff,

v

CITY OF GRAND RAPIDS,
GRAND RAPIDS POLICE
DEPARTMENT, GRAND RAPIDS
POLICE OFFICERS,

    Defendants.

Civil Action No. 1:23-cv-1335

Hon. Jane M. Beckering

| | |
|---|---|
| Tyrone Bynum (P82427) <br> *Attorney for Plaintiff* <br> Law Offices of Tyrone Bynum PLLC <br> 7125 Hearley Street, Suite 433 <br> Ada, MI 49301 <br> Ph: (616) 608-7409 <br> tyrone@lawofficesoftyronebynumpllc.com | Elizabeth J. Fossel (P41430) <br> Sarah J. Hartman (P71458) <br> Megan E. Luptowski (P84826) <br> *Attorneys for City of Grand Rapids* <br> City of Grand Rapids Law Department <br> 300 Monroe Ave. NW, Ste. 620 <br> Grand Rapids, MI 49503 <br> Ph: (616) 456-1318 <br> efossel@grand-rapids.mi.us <br> shartman@grand-rapids.mi.us <br> mluptowski@grand-rapids.mi.us |

## **STIPULATION AND ORDER TO EXTEND**

    The parties, by and through their respective counsel, do hereby stipulate and agree that Plaintiff's time to file PLAINTIFFS' BRIEF IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) BY THE CITY OF GRAND RAPIDS IN LIEU OF AN ANSWER TO THE SECOND AMENDED COMPLAINT as set by Order of the Court filed January 12, 2024 (ECF No. 11, PageID.50-51) should be extended four (4) days from April 18, 2024 to April 22, 2024 and Defendant has until May 9, 2024 to respond to Plaintiffs' response. This extension is requested by Plaintiff, due to a hand injury to Counsel and Defense Counsel's scheduled vacation. No other dates shall be affected by this extension.

**IT IS SO STIPULATED AND AGREED:**

2

Dated: April 16, 2024                    By: /s/   Tyrone Bynum
                                              Tyrone Bynum P(82427)
                                              Attorney for Plaintiffs


                                         By: /s/  *Elizabeth  J. Fossel*
                                              Elizabeth J. Fossel (P41430)
                                              Attorney for Defendant


**IT IS ORDERED**.

Dated:   April 17, 2024              /s/  Jane M. Beckering
                                     Hon. Jane M. Beckering
                                     United States District Judge