UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

AMBIANCE GR,

    Plaintiff,

v                                         Civil Action No. 1:23-cv-1335

                                          Hon. Jane M. Beckering

CITY OF GRAND RAPIDS,

    Defendant.

| Tyrone Bynum (P82427) | Elizabeth J. Fossel (P41430) |
|---|---|
| *Attorney for Plaintiff* | Sarah J. Hartman (P71458) |
| Law Offices of Tyrone Bynum PLLC | Megan E. Luptowski (P84826) |
| 7125 Hearley Street, Suite 433 | *Attorneys for City of Grand Rapids* |
| Ada, MI 49301 | City of Grand Rapids Law Department |
| Ph: (616) 608-7409 | 300 Monroe Ave. NW, Ste. 620 |
| tyrone@lawofficesoftyronebynumpllc.com | Grand Rapids, MI 49503 |
| | Ph: (616) 456-1318 |
| | efossel@grand-rapids.mi.us |
| | shartman@grand-rapids.mi.us |
| | mluptowski@grand-rapids.mi.us |

### DEFENDANT'S MOTION TO STRIKE AND/OR EXCLUDE PLAINTIFF'S EXHIBITS ATTACHED TO THE FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 10, 12, AND 56

***ORAL ARGUMENT REQUESTED***

      The City of Grand Rapids, by and through its counsel, hereby moves this Honorable Court for entry of an Order striking Plaintiff's Exhibits (attached to its First Amended Complaint), holding that the Court will not consider those Exhibits as part of the Second Amended Complaint for purposes of Defendant's Motion to Dismiss for failure to state a claim, and for such other relief as may be just and proper under the circumstances, for the reasons set forth more fully in the Brief in support of this motion.

Respectfully submitted,

THE CITY OF GRAND RAPIDS,

Dated: May 9, 2024

*/s/ Sarah J. Hartman*
Sarah J. Hartman (P71458)
Attorney for the City of Grand Rapids
300 Monroe Ave. NW, Ste. 620
Grand Rapids, MI 49503
Ph: (616) 456-3802
shartman@grand-rapids.mi.us