UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

| | |
|---|---|
| AMBIANCE GR, and<br>JAMAL CHILTON<br><br>   Plaintiffs,<br>v<br><br>CITY OF GRAND RAPIDS,<br><br>   Defendant. | Civil Action No. 1:23-cv-1335<br><br><br>Hon. Jane M. Beckering |

| | |
|---|---|
| Tyrone Bynum (P82427)<br>*Attorney for Plaintiffs*<br>Law Offices of Tyrone Bynum PLLC<br>7125 Hearley Street, Suite 433<br>Ada, MI 49301<br>Ph: (616) 608-7409<br>tyrone@lawofficesoftyronebynumpllc.com | Elizabeth J. Fossel (P41430)<br>Sarah J. Hartman (P71458)<br>*Attorneys for City of Grand Rapids*<br>City of Grand Rapids Law Department<br>300 Monroe Ave. NW, Ste. 620<br>Grand Rapids, MI 49503<br>Ph: (616) 456-1318<br>efossel@grand-rapids.mi.us<br>shartman@grand-rapids.mi.us |

### DEFENDANT'S MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO 42 U.S.C. §1988

***ORAL ARGUMENT REQUESTED***

The City of Grand Rapids, by and through its attorneys, hereby moves this Honorable Court for entry of an Order of Attorney's Fees and Costs, pursuant to 42 U.S.C. §1988 because the City of Grand Rapids was the prevailing party in a civil rights action brought against it pursuant to 42 U.S.C. §1983.  The City of Grand Rapids sets forth its reasons this Court should grant this relief in the accompanying Brief supporting this Motion.

                                                                    Respectfully submitted,
                                                                    THE CITY OF GRAND RAPIDS,

Dated: November 8, 2024                          By: */s/ Sarah J. Hartman*
                                                                         Sarah J. Hartman (P71458)